**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:**     **(406) 657-6101**
**FAX:**         **(406) 657-6989**
**E-Mail:**    **Lori.Suek@usdoj.gov**


**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-88-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **OFFER OF PROOF** |
| **TIMOTHY SCOTT BISHOP,** | |
| **Defendant.** | |

The defendant, Timothy Scott Bishop, is charged by indictment with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

1

## PLEA AGREEMENT

Bishop will plead guilty to the indictment. The United States presented all formal plea offers to Bishop in writing. The plea agreement entered into by the parties and filed with the Court represents, in the government's view, the most favorable offer extended to Bishop. *See Missouri v. Frye,* 566 U.S. 133 (2012).

## ELEMENTS OF THE CHARGE

In order for Bishop to be found guilty of possession with intent to distribute methamphetamine, as charged in the indictment, the United States must prove each of the following elements beyond a reasonable doubt:

**First,** the defendant knowingly possessed methamphetamine; and

**Second,** the defendant possessed the methamphetamine with the intent to deliver it to another person.

## PENALTY

This offense carries a maximum sentence of twenty years imprisonment, a $1,000,000 fine, at least three years of supervised release, and a $100 special assessment.

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following:

On January 17, 2017, Bishop was stopped by the Montana Highway Patrol for speeding on I-90 near Billings. Bishop, the driver, was driving with a suspended license. The trooper's contact with Bishop quickly developed into reasonable suspicion. Bishop was driving impaired and his explanation about his travels made little sense. A records check completed during the stop revealed that Bishop has a prior drug trafficking felony.

The vehicle was impounded and the Billings drug task force obtained a search warrant. In the driver's door pocket in a pouch was approximately 24 grams of pure methamphetamine. In the back seat in a bag were numerous plastic baggies and cellular telephones with drug-related text messages.

DATED this 12th day of February, 2018.

    KURT G. ALME
    United States Attorney

    */s/ Lori Harper Suek*
    LORI HARPER SUEK
    Assistant U.S. Attorney