FILED

FEB 15 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY SCOTT BISHOP,<br><br>Defendant. | CR 17-88-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, TIMOTHY SCOTT BISHOP is hereby released from the custody of the U.S. Marshals Service.

DATED this 15th day of February, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1