IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>TIMOTHY SCOTT BISHOP,<br><br>Defendant/Movant. | Cause No. CR 17-88-BLG-SPW<br><br><br>ORDER |

In view of counsel's recent appointment for "all further proceedings" in this matter, IT IS ORDERED that Bishop must file an amended motion under 28 U.S.C. § 2255 on or before **September 19, 2019.**

IT IS FURTHER ORDERED that the amended motion will entirely supersede Bishop's pro se submissions. Pending motions relating to discovery (Docs. 68, 80) are DENIED AS MOOT.

DATED this 29th day of August, 2019.

Susan P. Watters
United States District Court